IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT E. MILLER,** | ) | **CASE NO. 4:13CV3128** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **ROBERT HOUSTON, Director,** | ) | |
| **Nebraska Department of Correctional** | ) | |
| **Services,** | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Petitioner's "Motion for Hearing on Progression of Cause." (Filing No. 17.) Petitioner filed a Petition for Writ of Habeas Corpus on June 28, 2013. (Filing No. 1.) In response to the Petition, Respondent has filed an answer, two briefs, and the relevant state court records. (Filing Nos. 4, 5, 7, 8, and 16.) This matter is fully submitted, and the court will rule on it in its normal course of business. No hearing on case progression is necessary at this time.

    IT IS THEREFORE ORDERED that: Petitioner's "Motion for Hearing on Progression of Cause" (Filing No. 17) is denied. The clerk's office is directed to mail to Petitioner a copy of the docket sheet in this matter together with this Memorandum and Order.

    DATED this 17th day of April, 2014.

                                  BY THE COURT:

                                  s/Laurie Smith Camp
                                  Chief United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.